▮ BEVERLY A. CONDERMAN et al., Respondents, v ROCHESTER GAS & ELECTRIC CORPORATION et al., Appellants, et al., Defendants. LEE NAPOLITANO et al., Respondents, v ROCHESTER GAS & ELECTRIC CORPORATION et al., Appellants, et al., Defendants. (Appeal No. 2.) [— NYS2d —] —Appeals unanimously dismissed without costs (*see, Empire Ins. Co. v Food City*, 167 AD2d 983, 984). (Appeals from Order of Supreme Court, Monroe County, Polito, J.—Reargument.) Present—Green, J. P., Lawton, Pigott, Jr., Callahan and Balio, JJ.